# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CANNON JR., JOHN P. §   Case No. 13-28965
§
_____Debtor_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/19/2013 . The undersigned trustee was appointed on 07/19/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      45,640.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 21,321.79 |
| Bank service fees | 311.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 9,006.91 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/15/2014 and the deadline for filing governmental claims was 05/14/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,814.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,814.00 , for a total compensation of $ 3,814.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/28/2016                 By:/s/GINA B. KROL
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 13-28965 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CANNON JR., JOHN P. | | | Date Filed (f) or Converted (c): | 07/19/13 (f) |
| | | | | 341(a) Meeting Date: | 08/20/13 |
| For Period Ending: | 01/28/16 | | | Claims Bar Date: | 05/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATED AT 1700 SMOKEY COU | 345,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 60.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Bank of America | 125.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS / COLLECTIBLES | 500.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy - Prudential | 0.00 | 0.00 | | 0.00 | FA |
| 10. IRA Account with Fidelity | 104,000.00 | 0.00 | | 0.00 | FA |
| 11. Personal Injury Claim - auto accident | 20,000.00 | 30,640.00 | | 45,640.00 | FA |
| 12. 2007 Honda Odyssey | 10,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $481,285.00 | $30,640.00 | $45,640.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for Approval January 26, 2016, 01:15 pm

Trustee is working on TFR
October 14, 2015, 01:16 pm

Trustee to prepare TFR

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                    Ver: 19.05c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-28965   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CANNON JR., JOHN P. | Date Filed (f) or Converted (c): | 07/19/13 (f) |
| | | 341(a) Meeting Date: | 08/20/13 |
| | | Claims Bar Date: | 05/15/14 |

October 13, 2014, 04:21 pm

October 17, 2013, 02:18 pm

Trustee to investigate PI case

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 03/31/16

　　　　/s/    GINA B. KROL
_____   Date: 01/28/16
　　　　GINA B. KROL

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-28965 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CANNON JR., JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0816  Checking Account |
| Taxpayer ID No: | *******6405 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/14 | 11 | State Farm Mutual Automobile Insurance Co. | PI Settlement | 1142-000 | 45,640.00 | | 45,640.00 |
| 04/23/14 | 030001 | The Collins Law Firm PC<br>1770 Park Street<br>Suite 200<br>Naperville, IL 60563 | Attorney's Fees per Court Order | 3210-000 | | 15,546.67 | 30,093.33 |
| 04/23/14 | 030002 | The Collins Law Firm PC<br>1770 Park Street<br>Suite 200<br>Naperville, IL 60563 | Attorney's Expenses per Court Order | 3220-000 | | 5,769.89 | 24,323.44 |
| 04/23/14 | 030003 | John Cannon<br>c/o The Collins Law Firm PC<br>1770 Park Street<br>Suite 200<br>Naperville, IL 60563 | Exemption | 8100-000 | | 15,000.00 | 9,323.44 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.82 | 9,290.62 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 9,266.01 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.33 | 9,252.68 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.76 | 9,238.92 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.74 | 9,225.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.27 | 9,211.91 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.70 | 9,198.21 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 9,184.98 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.65 | 9,171.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.64 | 9,157.69 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | BOND<br>BOND | 2300-000 | | 5.23 | 9,152.46 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 9,140.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-28965 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CANNON JR., JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0816 Checking Account |
| Taxpayer ID No: | *******6405 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.59 | 9,126.58 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.13 | 9,113.45 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 9,099.90 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.09 | 9,086.81 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.51 | 9,073.30 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.49 | 9,059.81 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 9,046.77 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.45 | 9,033.32 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 9,020.32 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.41 | 9,006.91 |

| Account *******0816 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 45,640.00 | 4 | Checks | 36,321.79 |
| | 0 | Interest Postings | 0.00 | 21 | Adjustments Out | 311.30 |
| | | Subtotal | $ 45,640.00 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 36,633.09 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 45,640.00 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 13-28965 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | CANNON JR., JOHN P. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0816  Checking Account |
| Taxpayer ID No: | *******6405 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  /s/ GINA B. KROL   Date: 01/28/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 28, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 13-28965 | | Priority Sequence | | | | |
| Debtor Name: CANNON JR., JOHN P. | | | Joint Debtor: | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $3,814.00 | $3,814.00 |
| 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $2,200.00 | $2,200.00 |
| 001<br>3120-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $20.44 | $20.44 |
| 000002A<br>040<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Priority | | $0.00 | $740.90 | $740.90 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $18,149.07 | $18,149.07 |
| 000002A<br>070<br>7100-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Unsecured | | $0.00 | $47.05 | $47.05 |
| 000003<br>070<br>7100-00 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Unsecured | | $0.00 | $46,363.34 | $46,363.34 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $5.23 | $5.23 |
| | Case Totals: | | | $0.00 | $71,340.03 | $71,340.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-28965
Case Name: CANNON JR., JOHN P.
Trustee Name: GINA B. KROL

| | | |
|---|---|---|
| Balance on hand | $ | 9,006.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,814.00 | $ 0.00 | $ 3,814.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,200.00 | $ 0.00 | $ 2,200.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 20.44 | $ 0.00 | $ 20.44 |
| Other: Adams Levine Surety Bond Agency | $ 5.23 | $ 5.23 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,034.44 |
| Remaining Balance | $ 2,972.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 740.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ 740.90 | $ 0.00 | $ 740.90 |
| | Total to be paid to priority creditors | | | $ 740.90 |
| | Remaining Balance | | | $ 2,231.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,559.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 18,149.07 | $ 0.00 | $ 627.34 |
| 000003 | Sallie Mae Inc. on behalf of Department of Education P.O. Box 740351 Atlanta, GA. 30374-0351 | $ 46,363.34 | $ 0.00 | $ 1,602.60 |
| 000002A | Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ 47.05 | $ 0.00 | $ 1.63 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,231.57 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE