# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CANNON JR., JOHN P. §    Case No. 13-28965 DRC
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/11/2016 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2016      By: /s/ JEFFREY P. ALLSTEADT
                                            Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CANNON JR., JOHN P. § Case No. 13-28965 DRC
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,640.00 |
| and approved disbursements of | $ | 36,633.09 |
| leaving a balance on hand of[1] | $ | 9,006.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,814.00 | $ 0.00 | $ 3,814.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,200.00 | $ 0.00 | $ 2,200.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 20.44 | $ 0.00 | $ 20.44 |
| Other: Adams Levine Surety Bond Agency | $ 5.23 | $ 5.23 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,034.44 |
| Remaining Balance | | $ | 2,972.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 740.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ 740.90 | $ 0.00 | $ 740.90 |

| Total to be paid to priority creditors | $ 740.90 |
|---|---|
| Remaining Balance | $ 2,231.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,559.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 18,149.07 | $ 0.00 | $ 627.34 |
| 000003 | Sallie Mae Inc. on behalf of Department of Education P.O. Box 740351 Atlanta, GA. 30374-0351 | $ 46,363.34 | $ 0.00 | $ 1,602.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ 47.05 | $ 0.00 | $ 1.63 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,231.57 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                      Case No. 13-28965-DRC
John P. Cannon, Jr.                                         Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1         User: froman              Page 1 of 2       Date Rcvd: Feb 02, 2016
                             Form ID: pdf006           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2016.
db           +John P. Cannon, Jr.,    1700 Smokey Court,    Naperville, IL 60563-1238
20751100     +ATG CREDIT,    1700 W CORTLAND ST STE 2,    CHICAGO IL 60622-1166
20751101    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:   Bank Of America N A,     4161 Piedmont Pkwy,   Greensboro NC   27410)
20751103     +Chase,   PO Box 15298,    Wilmington DE 19850-5298
20751106     +Dagmar Pavlata,    1700 Smokey Court,    Naperville IL 60563-1238
20751110     +Enterprise Car Rental,    Po Box 99,   Lombard IL 60148-0099
20751114     +James Schelli  Jr,    1730 Park Street  Suite 220,    Naperville IL 60563-2615
20751115     +Kishwar Ali  Md,    3845 McCoy Drive,    Suite 109,   Aurora IL 60504-4429
20751116      Laboratory    Path Di,   Department 4387,    Carol Stream IL  60122-0001
20751117     +Lifetime Fitness,    2902 Corporate Place,    Chanhassen MN 55317-4773
20751118     +Naperville Radiologists  S C,    P O  Box 70,   Hinsdale IL 60522-0070
20751120     +R & B RECEIVABLES MANA,     860 S NORTHPOINT BLVD,    WAUKEGAN IL 60085-8201
20751121     +Salt Creek Therapy Center,    999 Oakmont Plaza Drive,    Ste 100,   Westmont IL 60559-1381
20751122     +Sprint,    PO Box 4161,   Carol Stream IL 60197-4161
20751123     +The Center For Primary Care,    3965 75th Street,    Suite 103,   Aurora IL 60504-7926
20751124     +The Center for Surgery,    475 E  Diehl Rd,    Naperville IL 60563-1353
20751125      Warrior's Edge,    790 Royal St,    Suite 106,    Naperville IL  60563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20751104     +E-mail/Text: clerical.department@yahoo.com Feb 03 2016 01:32:49     CREDITORS COLLECTION B,
               755 ALMAR PKWY,     BOURBONNAIS IL 60914-2393
20751105     +E-mail/Text: aquist@creditorsprotection.com Feb 03 2016 01:36:21     CREDITORS PROTECTION S,
               202 W STATE ST STE 300,    ROCKFORD IL 61101-1163
20751109      E-mail/Text: mrdiscen@discover.com Feb 03 2016 01:32:50     Discover Financial,
               Attn  Bankruptcy Dept,     P O  Box 29064,    Phoenix AZ   85038
20751107     +E-mail/PDF: pa_dc_ed@navient.com Feb 03 2016 01:26:13     Dept Of Ed/sallie Mae,    PO Box 9635,
               Wilkes Barre PA 18773-9635
21529421      E-mail/Text: mrdiscen@discover.com Feb 03 2016 01:32:50     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20751108     +E-mail/Text: mrdiscen@discover.com Feb 03 2016 01:32:50     Discover Fin Svcs Llc,
               PO Box 15316,    Wilmington DE 19850-5316
20751111     +E-mail/Text: bkynotice@harvardcollect.com Feb 03 2016 01:36:48     HARVARD COLLECTION,
               4839 N ELSTON AVE,    CHICAGO IL 60630-2589
20751112     +E-mail/Text: bankruptcy@icsystem.com Feb 03 2016 01:35:27     I C SYSTEM INC,    PO BOX 64378,
               SAINT PAUL MN 55164-0378
20751113      E-mail/Text: cio.bncmail@irs.gov Feb 03 2016 01:33:16     Internal Revenue Service,
               PO Box 7346,    Philadelphia PA  19101-7346
20751119     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 03 2016 01:33:44
               Office of the United States Trustee,    219 South Dearborn Street,    Room 873,
               Chicago IL 60604-2027
21720074      E-mail/PDF: pa_dc_ed@navient.com Feb 03 2016 01:26:15     Sallie Mae Inc. on behalf of,
               Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20751102*    +John P  Cannon Jr,    1700 Smokey Court,    Naperville IL 60563-1238
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                                   Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: froman                Page 2 of 2                   Date Rcvd: Feb 02, 2016
                               Form ID: pdf006             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2016 at the address(es) listed below:
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              James   Schelli, Jr.    on behalf of Debtor 1 John P. Cannon, Jr. jschelli@wslaw1.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```