UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CANNON JR., JOHN P. § Case No. 13-28965 DRC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 320,585.00 *(Without deducting any secured claims)* | Assets Exempt: 155,700.00 |
| Total Distributions to Claimants: 2,972.47 | Claims Discharged Without Payment: 112,913.89 |
| Total Expenses of Administration: 27,667.53 | |

3) Total gross receipts of $ 45,640.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 30,640.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 244,884.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,667.53 | 27,667.53 | 27,667.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 750.00 | 740.90 | 740.90 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,983.00 | 64,559.46 | 64,559.46 | 2,972.47 |
| **TOTAL DISBURSEMENTS** | $ 326,617.00 | $ 92,967.89 | $ 92,967.89 | $ 30,640.00 |

4)  This case was originally filed under chapter 7 on  07/19/2013 .  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/27/2016            By:/s/GINA B. KROL
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim - auto accident | 1142-000 | 45,640.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,640.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John Cannon | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro NC 27410 | | 244,884.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 244,884.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,814.00 | 3,814.00 | 3,814.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 5.23 | 5.23 | 5.23 |
| ASSOCIATED BANK | 2600-000 | NA | 311.30 | 311.30 | 311.30 |
| COHEN & KROL | 3110-000 | NA | 1,466.66 | 1,466.66 | 1,466.66 |
| GINA B. KROL | 3110-000 | NA | 733.34 | 733.34 | 733.34 |
| COHEN & KROL | 3120-000 | NA | 20.44 | 20.44 | 20.44 |
| THE COLLINS LAW FIRM PC | 3210-000 | NA | 15,546.67 | 15,546.67 | 15,546.67 |
| THE COLLINS LAW FIRM PC | 3220-000 | NA | 5,769.89 | 5,769.89 | 5,769.89 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,667.53 | $ 27,667.53 | $ 27,667.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | INTERNAL REVENUE SERVICE | 5800-000 | 750.00 | 740.90 | 740.90 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 750.00 | $ 740.90 | $ 740.90 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Chase PO Box 15298 Wilmington DE 19850 | | 25,173.00 | NA | NA | 0.00 |
| | Creditor # :10 Lifetime Fitness 2902 Corporate Place Chanhassen MN 55317 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :11 Naperville Radiologists, S.C. P.O. Box 70 Hinsdale IL 60522 | | 429.00 | NA | NA | 0.00 |
| | Creditor # :12 Naperville Radiologists, S.C. P.O. Box 70 Hinsdale IL 60522 | | 20.00 | NA | NA | 0.00 |
| | Creditor # :13 Salt Creek Therapy Center 999 Oakmont Plaza Drive Ste 100 Westmont IL 60559 | | 665.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :14 Sprint PO Box 4161 Carol Stream IL 60197 | | 102.00 | NA | NA | 0.00 |
| | Creditor # :15 The Center For Primary Care 3965 75th Street Suite 103 Aurora IL 60504 | | 79.00 | NA | NA | 0.00 |
| | Creditor # :16 The Center for Surgery 475 E. Diehl Rd Naperville IL 60563 | | 229.00 | NA | NA | 0.00 |
| | Creditor # :17 The Center for Surgery 475 E. Diehl Rd Naperville IL 60563 | | 701.00 | NA | NA | 0.00 |
| | Creditor # :18 Warrior's Edge 790 Royal St. Suite 106 Naperville IL 60563 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :2 Dept Of Ed/sallie Mae PO Box 9635 Wilkes Barre PA 18773 | | 7,383.00 | NA | NA | 0.00 |
| | Creditor # :4 Dept Of Ed/sallie Mae PO Box 9635 Wilkes Barre PA 18773 | | 7,758.00 | NA | NA | 0.00 |
| | Creditor # :5 Dept Of Ed/sallie Mae PO Box 9635 Wilkes Barre PA 18773 | | 7,929.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 Enterprise Car Rental Po Box 99 Lombard IL 60148 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :8 Kishwar Ali Md 3845 McCoy Drive Suite 109 Aurora IL 60504 | | 59.00 | NA | NA | 0.00 |
| | Creditor # :9 Laboratory Path Di Department 4387 Carol Stream IL 60122-0001 | | 59.00 | NA | NA | 0.00 |
| | Representing: Discover Fin Svcs Llc | | 0.00 | NA | NA | 0.00 |
| | Representing: Kishwar Ali Md | | 0.00 | NA | NA | 0.00 |
| | Representing: Laboratory Path Di | | 0.00 | NA | NA | 0.00 |
| | Representing: Naperville Radiologists, S.C. | | 0.00 | NA | NA | 0.00 |
| | Representing: Naperville Radiologists, S.C. | | 0.00 | NA | NA | 0.00 |
| | Representing: Sprint | | 0.00 | NA | NA | 0.00 |
| | Representing: The Center For Primary Care | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: The Center for Surgery | | 0.00 | NA | NA | 0.00 |
| | Representing: The Center for Surgery | | 0.00 | NA | NA | 0.00 |
| 000002A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 47.05 | 47.05 | 1.63 |
| 000003 | SALLIE MAE INC. ON BEHALF OF | 7100-000 | 13,837.00 | 46,363.34 | 46,363.34 | 2,135.06 |
| 000001 | DISCOVER BANK | 7100-900 | 16,560.00 | 18,149.07 | 18,149.07 | 835.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 80,983.00 | $ 64,559.46 | $ 64,559.46 | $ 2,972.47 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-28965   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | CANNON JR., JOHN P. | Date Filed (f) or Converted (c): 07/19/13 (f) |
| | | 341(a) Meeting Date: 08/20/13 |
| For Period Ending: | 04/27/16   (6th reporting period for this case) | Claims Bar Date: 05/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATED AT 1700 SMOKEY COU | 345,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 60.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Bank of America | 125.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS / COLLECTIBLES | 500.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy - Prudential | 0.00 | 0.00 | | 0.00 | FA |
| 10. IRA Account with Fidelity | 104,000.00 | 0.00 | | 0.00 | FA |
| 11. Personal Injury Claim - auto accident | 20,000.00 | 30,640.00 | | 45,640.00 | FA |
| 12. 2007 Honda Odyssey | 10,000.00 | 0.00 | | 0.00 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $481,285.00 | $30,640.00 | $45,640.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for Approval January 26, 2016, 01:15 pm

Trustee is working on TFR

October 14, 2015, 01:16 pm

Trustee to prepare TFR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-28965    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CANNON JR., JOHN P. | Date Filed (f) or Converted (c): | 07/19/13 (f) |
| | | 341(a) Meeting Date: | 08/20/13 |
| | | Claims Bar Date: | 05/15/14 |

October 13, 2014, 04:21 pm

October 17, 2013, 02:18 pm
Trustee to investigate PI case

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 03/31/16

/s/    GINA B. KROL
_____  Date: 04/27/16
     GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-28965 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CANNON JR., JOHN P. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0816  Checking Account |
| Taxpayer ID No: | *******6405 | | |
| For Period Ending: | 04/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/14 | 11 | State Farm Mutual Automobile Insurance Co. | PI Settlement | 1142-000 | 45,640.00 | | 45,640.00 |
| 04/23/14 | 030001 | The Collins Law Firm PC 1770 Park Street Suite 200 Naperville, IL 60563 | Attorney's Fees per Court Order | 3210-000 | | 15,546.67 | 30,093.33 |
| 04/23/14 | 030002 | The Collins Law Firm PC 1770 Park Street Suite 200 Naperville, IL 60563 | Attorney's Expenses per Court Order | 3220-000 | | 5,769.89 | 24,323.44 |
| 04/23/14 | 030003 | John Cannon c/o The Collins Law Firm PC 1770 Park Street Suite 200 Naperville, IL 60563 | Exemption | 8100-000 | | 15,000.00 | 9,323.44 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.82 | 9,290.62 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 9,266.01 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.33 | 9,252.68 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.76 | 9,238.92 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.74 | 9,225.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.27 | 9,211.91 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.70 | 9,198.21 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 9,184.98 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.65 | 9,171.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.64 | 9,157.69 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY  10165 | BOND BOND | 2300-000 | | 5.23 | 9,152.46 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 9,140.17 |

FORM 2        Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 13-28965 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CANNON JR., JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0816 Checking Account |
| Taxpayer ID No: | *******6405 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.59 | 9,126.58 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.13 | 9,113.45 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 9,099.90 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.09 | 9,086.81 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.51 | 9,073.30 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.49 | 9,059.81 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 9,046.77 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.45 | 9,033.32 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 9,020.32 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.41 | 9,006.91 |
| 03/10/16 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 3,814.00 | 5,192.91 |
| 03/10/16 | 030006 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 1,466.66 | 3,726.25 |
| 03/10/16 | 030007 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 20.44 | 3,705.81 |
| 03/10/16 | 030008 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 733.34 | 2,972.47 |
| * 03/10/16 | 030009 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Final Distribution | 5800-003 | | 740.90 | 2,231.57 |
| 03/10/16 | 030010 | Discover Bank | Final Distribution | 7100-900 | | 627.34 | 1,604.23 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 12)*           Ver: 19.06

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-28965 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CANNON JR., JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0816  Checking Account |
| Taxpayer ID No: | *******6405 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/10/16 | 030011 | DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution | 7100-000 | | 1.63 | 1,602.60 |
| 03/10/16 | 030012 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Final Distribution<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 7100-000 | | 1,602.60 | 0.00 |
| * 03/23/16 | 030009 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Final Distribution | 5800-003 | | -740.90 | 740.90 |
| 03/30/16 | 030013 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 208.44 | 532.46 |
| 03/30/16 | 030014 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Final Distribution | 7100-000 | | 532.46 | 0.00 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-28965 -DRC |
| Case Name: | CANNON JR., JOHN P. |
| Taxpayer ID No: | *******6405 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0816  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0816 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | | Deposits | 45,640.00 | 15 | Checks | 45,328.70 |
| 0 | | Interest Postings | 0.00 | 21 | Adjustments Out | 311.30 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 45,640.00 | | | |
| | | | | | Total | $ 45,640.00 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $ 45,640.00 | | | |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 04/27/16
                    GINA B. KROL

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver. 19.06